FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB - 7 2018

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:18-CR-6 Judge Crone/ Giblin |
| JOSHUA RANDALL HANSEN | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 751
Escape from a Federal Facility

On or about January 24, 2018, in the Eastern District of Texas, the defendant, **Joshua Randall Hansen**, did knowingly escape from custody as a federal inmate from the Federal Correctional Complex Beaumont (Camp), an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon conviction for the commission of a federal felony offense, namely, Conspiracy to Distribute a Controlled Substance, in violation 21 U.S.C. § 846.

All in violation of 18 U.S.C. § 751.

### Count Two

Violation: 21 U.S.C. § 841 Possession
with Intent to Distribute a Controlled
Substance (Marijuana)

That on or about January 24, 2018, in the Eastern District of Texas, **Joshua Randall Hansen,** defendant, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, namely mixture or substance containing a detectable amount of marijuana of less than 50 kilograms.

All in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### Count Three

> Violation: 18 U.S.C. §§ 1791(a)(2)
> Possession/Obtaining Contraband
> (Marijuana) and Attempt by a Federal
> Inmate

That on or about January 24, 2018, in the Eastern District of Texas and elsewhere, **Joshua Randall Hansen**, defendant, being an inmate of the Federal Correctional Complex (Camp), Beaumont, Texas, did knowingly obtain and possess and attempt to obtain and possess a prohibited object, to-wit: marijuana.

In violation of 18 U.S.C. §§ 1791(a)(2) and 2.

### Count Four

> Violation: 18 U.S.C. §§ 1791(a)(2)
> Possession/Obtaining Contraband
> (Alcoholic Beverage) and Attempt by a
> Federal Inmate

That on or about January 24, 2018, in the Eastern District of Texas and

2

elsewhere, **Joshua Randall Hansen**, defendant, being an inmate of the Federal Correctional Complex (Camp), Beaumont, Texas, did knowingly obtain and possess and attempt to obtain and possess a prohibited object, to-wit:  alcoholic beverage.

In violation of 18 U.S.C. §§ 1791(a)(2) and 2.

A TRUE BILL

_____
GRAND JURY FOREPERSON

ALAN R. JACKSON
UNITED STATES ATTORNEY

_____       __2/7/2018_____
RANDALL L. FLUKE                                       Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:18-CR-____ |
| JOSHUA RANDALL HANSEN | § § | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 751 (Escape by a Federal Prisoner)

Penalty:  Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both, and supervised release of not more than three (3) years.

Special Assessment: $100.00

### Count Two

Violation:  21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute a Controlled Substance: Marijuana of less than 50 kilograms)

Penalty:  For any amount marijuana less than 50 kilograms, as alleged, imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both, and supervised release of at least two (2) years and up to Life.

Special Assessment: $100.00

### Count Three

Violation:  18 U.S.C. §§ 1791(a)(2) (Prohibited Items in Federal Prisons: marijuana) and 2.

4

Penalty:    Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both, and supervised release of not more than three (3) years.

Consecutive punishment required in certain cases: Any punishment imposed under 18 U.S.C. § 1791(b) for a violation of § 1791 involving a controlled substance shall be consecutive to any other sentence imposed by a court for an offense involving such controlled substance. Any punishment imposed under 18 U.S.C. § 1791(b) for a violation of § 1791 by an inmate shall be consecutive to the sentence being served by such inmate at the time the inmate commits such violation.

Special Assessment: $100.00

## Count Four

Violation:    18 U.S.C. §§ 1791(a)(2) (Prohibited Items in Federal Prisons: alcoholic beverage) and 2.

Penalty:    Imprisonment of not more than one (1) year, a fine not to exceed $100,000, or both, and supervised release of not more than one (1) year.

Consecutive punishment required in certain cases: Any punishment imposed under 18 U.S.C. § 1791(b) for a violation of § 1791 involving a controlled substance shall be consecutive to any other sentence imposed by a court for an offense involving such controlled substance. Any punishment imposed under 18 U.S.C. § 1791(b) for a violation of § 1791 by an inmate shall be consecutive to the sentence being served by such inmate at the time the inmate commits such violation.

Special Assessment: $25.00